**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| GARY GENE SPEARS, | ) | NO. EDCV 09-2181-RGK (MAN) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| MATTHEW CATE, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order:  Granting Motion to Dismiss; Dismissing Petition Without Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice, for failure to exhaust available state remedies.

DATED: <u>March 30, 2010</u>.

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE